111 E. Locust, Suite. 500
Angleton, TX 77515

www.brazoria-county.com

979-864-1316
979-388-1316
281-756-1316



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 4:21:46 PM
CHRISTOPHER A. PRINE
Clerk

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

## NOTICE OF ASSIGNMENT ON APPEAL

11/25/2015

TO:    FOURTEENTH COURT OF APPEALS

RE:    Cause No. **48170, in the 300th District Court**

Style; **IN THE MATTER OF THE MARRIAGE OF DAVID REYNOLDS AND WILMA REYNOLDS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:        11/12/15
NOTICE OF APPEAL:            11/13/15
MOTION FOR NEW TRIAL:        NO
ORDER OVERRULING MOT N/T      N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:    NO
METHOD OF DELIVERY:        TAMES PORTAL
JUDGE PRESIDING:          C.G. "TREY" DIBRELL
COURT REPORTER:          KAREN BERNHARDT


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLANT:        WILMA REYNOLDS

ATTORNEY(S) FOR APPELLANT:  CARL W. GORDON
TEL.:    713-597-5500
FAX:    713-636-2565
EMAIL ADDRESS:   cgordon@gordonlawyers.com
TEXAS BAR NO.:    24047659

Filed for Record
11/13/2015 1:28:42 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
48170
Jennifer Torres, Deputy

### NO. <u>48170</u>

| | | |
|---|---|---|
| WILMA REYNOLDS | § | IN THE DISTRICT COURT |
| | § | |
| AND | § | 300th JUDICIAL DISTRICT |
| | § | |
| | § | |
| DAVID REYNOLDS | § | BRAZORIA COUNTY, TEXAS |

### NOTICE OF APPEAL
### <u>POST-DIVORCE DIVISION OF PROPERTY</u>

This Notice of Appeal is filed by Wilma Reynolds, Petitioner, a party to this proceeding who seeks to alter the trial court's Post-Divorce Division of Property judgment or other appealable order. *See* Exhibit A attached.

1. The trial court, cause number, and style of this case are shown in the caption above.

2. The final summary judgment order was signed on Nov. 12, 2015. Wilma Reynolds desires to appeal from all portions of this final judgment.

3. The discovery order appealed from was signed on Nov. 12, 2015. Wilma Reynolds desires to appeal from all portions of this discovery order.

4. The protection order appealed from was signed on Nov. 12, 2015. Wilma Reynolds desires to appeal from all potions of this protection order.

5. This appeal is being taken to the Fourteenth Court of Appeals.

Respectfully submitted,

By: /s/Carl W. Gordon
     Carl W. Gordon, Esq.
     Texas Bar No. 24047659
     THE GORDON LAW FIRM
     5177 Richmond Avenue, Suite 740
     Houston, Texas 77056
     Tel.  (713) 597-5500
     Fax.  (713) 636-2565
     Attorney for Wilma Reynolds

## CERTIFICATE OF SERVICE

I certify that on November 13, 2015 a true and correct copy of the foregoing instrument was served in accordance with TRCP on opposing counsel.

/s/ Carl W. Gordon
Carl W. Gordon, Esq.
Attorney for Wilma Reynolds

| WILMA REYNOLDS | § | IN THE DISTRICT COURT OF |
| V. | § | BRAZORIA COUNTY, TEXAS |
| DAVID REYNOLDS | § | 300TH JUDICIAL DISTRICT |

## ORDER ON MOTION FOR SUMMARY JUDGMENT (POST-DIVORCE)

On November 12, 2015, the Court considered Respondent's Motion for Summary Judgment and Request for Sanctions.

After considering the pleadings, the summary judgment evidence and argument of counsel, the Court rules on Respondent's Motion for Summary Judgment as follows:

_____✓_____ Granted _____ Denied

The Court orders counsel for Petitioner, Carl Gordon, to refrain from filing any frivolous and/or groundless pleadings in any forum in connection with this cause number.

The Court further ORDERS attorney's fees in the amount of $8,050.31 to be paid by cash, check or money order to the counsel for Respondent, Lenette Terry, at 203 E. Cedar St., Angleton, Texas 77515 by _5:00_ _P_.m. on _Dec. 14,_____, 2015.

In the event an appeal is filed in this matter, the Court ORDERS Carl Gordon to post a bond in the amount of $15,000.00 as security for attorney's fees. The bond shall be placed with the registry of the Court within 24 hours of the filing of any appeal.

IT IS FURTHER ORDERED that Respondent is entitled to enforce this judgment, through abstract, execution, and any other process. IT IS FURTHER ORDERED that this shall serve as a final judgment as to all claims and all parties.

All relief not expressly granted herein is DENIED.

SIGNED AND ENTERED on _November 12, 2015_

_____
JUDGE PRESIDING

| WILMA REYNOLDS | § | IN THE DISTRICT COURT OF |
| V. | § | BRAZORIA COUNTY, TEXAS |
| DAVID REYNOLDS | § | 300TH JUDICIAL DISTRICT |

## ORDER ON PETITIONER'S MOTION TO COMPEL

On November 12, 2015 the Court considered Petitioner's Motion to Compel filed by Wilma Reynolds, Petitioner. After consideration of the pleadings, the evidence, and the argument of counsel, the Court DENIES Petitioner's Motion to Compel.

SIGNED AND ENTERED on _November 12_ 2015.

_____
JUDGE PRESIDING

NO. 48170

| | | |
|---|---|---|
| WILMA REYNOLDS | § | IN THE DISTRICT COURT OF |
| V. | § | BRAZORIA COUNTY, TEXAS |
| DAVID REYNOLDS | § | 300TH JUDICIAL DISTRICT |

## ORDER ON RESPONDENT'S MOTION FOR PROTECTION

On November 12, 2015, the Court considered, Respondent David Reynolds' Motion for Protection. After considering the motion, arguments of counsel, and having taken judicial notice of the prior rulings and orders in the Court's file, the Court GRANTS David Reynolds' Motion for Protection.

SIGNED this _12_ day of _November_, 2015.

_____
C.C. DIBRELL III, PRESIDING JUDGE

1